IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUAN D. SEGOVIA, | : |
| **Plaintiff,** | : Case No. 2:24-cv-3147 |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Chelsey M. Vascura |
| DELAWARE OHIO MUNICIPAL COURT, | : |
| **Defendant.** | : |

## ORDER

This matter is before this Court on the Magistrate Judge's Report and Recommendation ("R&R") that this Court dismiss Plaintiff Juan D. Segovia's *pro se* action for lack of subject matter jurisdiction. (ECF No. 3). The Magistrate Judge issued the R&R on June 26, 2024, advising Mr. Segovia that he had fourteen (14) days to raise any objections, and that failure to object within the applicable time period would result in a waiver of the right to have the district judge review the R&R *de novo*. (*Id.* at 4).

This Court has reviewed the R&R. Noting no objections and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the R&R (ECF No. 3) as this Court's findings of facts and law. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2024